IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ANDY C. NOWELL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:23cv562-MHT |
| | ) | (WO) |
| A. DAVID JOHNSON, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Plaintiff, who is incarcerated, filed this lawsuit asserting that various officials and attorneys violated his rights in connection with a state-court proceeding. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with the specific order of the court regarding the filing of an amended complaint. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that

plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of November, 2024.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE