IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANDY C. NOWELL,               )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     3:23cv562-MHT
                              )         (WO)
A. DAVID JOHNSON, et al.,     )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 25 and Doc. 27) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 22) is adopted.

(3) This lawsuit is dismissed without prejudice for plaintiff's failure to comply with the specific order of the court regarding the filing of an amended complaint.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of November, 2024.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE